# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-36068 |
| | ) | |
| Mary Frances Dickens | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |

## REQUEST FOR SERVICE OF NOTICES

NOW COMES Cadles of Grassy Meadows II, L.L.C. and requests to be placed on the mailing matrix of this case. The address is as follows:

Cadles of Grassy Meadows II, L.L.C.
Attention: WWG00029
100 North Center Street
Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date: February 5, 2018

By: /s/ Tom Olesky
Tom Olesky, Account Officer
Cadles of Grassy Meadows II, L.L.C.
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3298
tom.olesky@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-36068 |
| | ) |
| Mary Frances Dickens | ) Chapter 13 |
| | ) |
| Debtor(s) | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Request for Service of Notices was deposited in the United States mail, first class, postage prepaid, on February 5, 2018, unless notified electronically via the Notice of Filing, addressed to the following:

Glenn B. Stearns, Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532

Lydia R. Otey, Esq.
Ledford Wu and Borges, LLC
105 West Madison, 23rd Floor
Chicago, IL 60602

/s/ *Kathleen J. Bryner*
Kathleen J. Bryner, Bankruptcy Secretary

W:\Kathy_Bryner\Bankruptcy\Electronic Filing\2017\17-36068 (IL)\doc.docx